[No. 8737–1–I.   Division One.   January 18, 1982.]

GEORGE JACKSON, *Appellant,* v. CHARLES E.
McCRANEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 856569, Norman W. Quinn, J., entered March
24, 1980. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Swanson and Corbett, JJ.

[No. 9492–1–I.   Division One.   January 18, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
BERNEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–03673–6, Robert E. Dixon, J., entered
November 3, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Swanson and Corbett, JJ.

[No. 8646–4–I.   Division One.   January 18, 1982.]

*In the Matter of the Marriage of* DOROTHY ELLEN
GRIEGER, *Appellant, and* JAMES LOUIS
GRIEGER, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–122673, Arthur E. Piehler, J., entered
March 4, 1980. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Swanson and Ringold, JJ.